17 - 1 1 2 4

# EXHIBIT A

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2017 AUG 11  PM 12: 19

Ocwen Loan Servicing, LLC

[illegible address block]

[illegible] 2016

Loan Number: [illegible]

Daniel L Tabb

Property Address: [illegible] Wayne, Wae, Middletown [illegible]
Regarding Tax Number: [illegible]
Borrower(s) Name: [illegible]

## PAYOFF QUOTE
## VALID THROUGH 10/03/2016

Dear [illegible],

[illegible paragraph] a breakdown of the total amount required to pay off [illegible] provided for your convenience.

Important Note: [illegible paragraph] payoff total.

Please be sure to send the total payoff amount [illegible] credit report.

| Description | Amount Due |
|---|---|
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

NMLS # 1852          [illegible]

[illegible closing paragraph] collect a debt from you personally.

Ocwen Loan Servicing, LLC

| Description | Amount Due |
|---|---|
| | |
| | |
| | |
| Total Amount Due | $382,252.6 |

NM. s # 1852

Ocwen Loan Servicing, LLC.

| From | To | Interest Amount | Interest Rate | Principal Bal | Daily Per Diem | # Days |
|------|----|-----------------|---------------|---------------|----------------|--------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NMLS # 1852

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt from you personally.

Ocwen Loan Servicing, LLC

## PAYOFF REQUIREMENTS AND CONDITIONS

**Certified funds required for payoff.** Payoff funds must be paid via certified funds such as Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check or Attorney Escrow Check. Non-certified payments will be returned and the payoff will not be processed.

### HOW TO SEND PAYOFF FUNDS

### Payment Methods.

| Preferred Option: Wire Transfer at Closing | | Overnight Mail |
|---|---|---|
| Make Payable To: | Ocwen Loan Servicing, LLC | Mail Certified Funds Check to: |
| Ocwen Account #: | 4124823352 | Ocwen Loan Servicing, LLC |
| ABA Routing #: | 121000248 | Attention: Customer Payoff Department |
| Bank Address: | Wells Fargo Bank, NA | 1661 Worthington Road, Suite 100 |
|  | San Francisco, California | West Palm Beach, FL 33409 |
| Loan Number: | Ocwen Loan 7040951006 |  |

**Payoff amount is subject to change** as illustrated in samples below, so please retain originals until date of payoff.

**Overpayment or underpayment of payoff amount.**

NMLS # 1852.

To          From: OCWEN          Fax: OCWEN          **KOFAX**   an SEP 27 2016 11:20   No. 740   Page 06

## Ocwen Loan Servicing, LLC

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
toll-free 1-800-746-2936

After the payoff funds have been applied, and the account has been reconciled, any overpayment of funds will be returned to the borrower through regular mail within 20 days of the date the funds are received. For any account overages paid by check within 25 days. Please be aware that to the extent accounted or paid, if the payoff funds represent any, this is a notice that it may take up to pay the account in full. If the overpayment is remitted after the payment of taxes and escrow from any escrow account funds remaining may be applied to the loan at payoff. If you do not want any remaining escrow funds to be applied to the loan at payoff, please notify us within 5 days prior to payoff date. If the payoff is to be made in addition to the overage amount paid in full at close your certificate of the payoff amount you are required to notify the title company or attorney.

**Monthly payments due before payoff still must be paid by due date.** Regardless of this statement does not waive any contractual requirement to make loan payments when due. If payoff funds are not received after the expiration of the payoff period applicable to this loan, a late charge will be due. Payment of all late charges will be required prior to and pursuant to the application of any payoff funds, and pursuant to the Mortgage/Deed of Trust.

**Escrow disbursements will proceed until payoff funds received.** Based on this payoff statement we have not made future escrow disbursements. Property taxes or insurance may be paid after the payoff is issued. If such disbursements create escrow advances and change the amount due to satisfy the loan, they must be paid before the application of any payoff funds, and as stated on the Mortgage/Deed of Trust.

**Past due fees still apply.** If the account is past due, fees for late fees or default related fees may be accruing pursuant to the Note, the per diem rate increases once to payoff.

**Deed release.** The recording of the escrow payoff is only available at a specific amount that may only be obtained at the Deed of Trust Mortgage, and, if necessary, we have a withdrawal of connection, which are required at that present taken pursuant to applicable.

**Prepayment Penalty, customer responsibilities.** We understand you may not opt to accelerate the transaction to prevent any credit or assessment. At such, to the customer's responsibilities, to take care of the Note or Deed of Trust Mortgage, allow for waiver of the fees when penalty in the document and provide the respective document due to the penalty waiver of a prepayment penalty individual or with our terms of the Note or Deed of Trust Mortgage, and I do in the later or as provided to the payoff document that is within a range, only that financial notice associated that the payoff as a note.

**Please verify your Social Security Number for tax reporting.** Please verify your Social Security Number and/or your social security number on file for the purpose of tax and for reporting.

**For Questions.** If you have questions regarding this payoff quote, please contact our Customer Care Center at (800) 746-2936. We are available Monday to Friday 1:00 a.m. to 9:00 p.m., Saturday 8:00 a.m. to 5:00 p.m. and Sunday 4:00 p.m. to 7:00 p.m.

Sincerely,
Loan Servicing

---

NMLS # 1852

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt has been discharged in bankruptcy or you are in bankruptcy, this communication is for informational purposes only with regard to our account and is not an attempt to collect a debt from you personally.