EXHIBIT B

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Delaware

Case No. 14-11647-CSS

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel L. Tabb, Jr.
202 East Wayne Way
Middletown, DE 19709

Dana L. Tabb
202 East Wayne Way
Middletown, DE 19709

Social Security / Individual Taxpayer ID No.:
xxx-xx-4088

xxx-xx-9350

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 10/20/14

Christopher S. Sontchi
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**