**EXHIBIT C**



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

08/12/2016

Loan Number: 7090991006

Daniel L Tabb
202 E Wayne Way
Middletown, DE 19709-3812

Property Address: 202 E Wayne Way
Middletown, DE 19709-3812

## RESPONSE LETTER
## LOSS MITIGATION OPTION(S) ARE ENCLOSED

Dear Customer(s),

Ocwen Loan Servicing, LLC has completed the review of the application for assistance and the financial information provided. We have evaluated the loan for all available loss mitigation options.

Based on our review, we are able to offer the following loss mitigation option(s).

| Loss Mitigation Option(s) |
| --- |
| This loan is approved for the option below : |
| · **Loan Modification Trial Period Plan with a new monthly payment of $1,826.61** |
| This loan is also conditionally approved for these options below that will require a surrender of the property, but will avoid foreclosure actions: |
| · **Conditional Short Sale** |
| · **Conditional Deed-in-Lieu of Foreclosure** |

Details for the loss mitigation option(s) are enclosed in this letter. They should be carefully reviewed.

We are here to help! alma cruz has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, the Relationship Manager alma cruz assigned to this loan can be contacted toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

---

### HOW TO ACCEPT A LOSS MITIGATION OPTION
### TIME IS OF THE ESSENCE

**To accept, you must do the following within 14 days of this notice, which is 08/26/2016:**

- The proper option on the enclosed **Loss Mitigation Acceptance Form** should be marked, and the **Loss Mitigation Acceptance Form** should be SIGNED and RETURNED by Mail.
- If accepting Loan Modification Trial Period Plan, all directions in the attached Trial Period Plan must be followed.

**Please Note** - FAILURE TO ACCEPT ONE OF THE OFFERED OPTIONS BY 08/26/2016 MAY BE DEEMED A REJECTION OF ALL OFFERED OPTIONS.

If a loss mitigation option is accepted as set forth in this notice, we will not refer the loan to foreclosure or, if the loan has been referred to foreclosure, we will suspend the next legal action in the foreclosure proceedings.

**Please Note** -- If we are contacted to indicate an acceptance of the Trial Period Plan, but the 1st Trial Period Plan payment is not made by the 1st payment due date, and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked and foreclosure proceedings may continue and a foreclosure sale may occur.

The enclosed Loss Mitigation Acceptance Form should be signed and returned by Mail:

| **Regular Mail** |
| --- |
| Ocwen Loan Servicing, LLC |
| Attn: Home Retention Department |
| 1661 Worthington Road, Suite 100 |
| West Palm Beach, Florida 33409 |

---

NMLS # 1852                                                                                                          NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## APPROVED LOSS MITIGATION OPTION

| This loan is approved for a Loan Modification Trial Period Plan | |
|---|---|
| **Loan Modification Trial Period Plan - Monthly Payment of $1,826.61** | We are pleased to offer an option for keeping the home - a **Loan Modification Trial Period Plan** ("Trial Period Plan") for a permanent mortgage modification.<br><br>**This loan is approved for a Trial Period Plan with a monthly mortgage payment of $1,826.61.**<br><br>If the Trial Period Plan is successfully completed, this loan will be eligible for review for a permanent modification. The Trial Period Plan offer details are enclosed. All enclosed materials should be read carefully. We want to be sure that the actions that need to be undertaken to successfully complete the Trial Period Plan are clearly understood. |

NMLS # 1852                                                                                         NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## CONDITIONALLY APPROVED LOSS MITIGATION OPTIONS*

| | This loan is also conditionally approved for these Loss Mitigation Options*<br>Acceptance of any of these options will not allow retention of the home, but will avoid a foreclosure action. | |
|---|---|---|
| | **Short Sale** | **Deed-in-Lieu of Foreclosure (DIL)** |
| **Option Details** | If the property is listed and sold at market value, we will release our lien on the property, even if the sale price is lower than the principal balance of the lien. | Ownership of the property is transferred by signing over the deed/title to us, and we will release the lien on the mortgaged property. |
| **Benefits** | • Avoid the stress of foreclosure.<br>• Relocation assistance might be available. | • Deed-in-Lieu is a quicker way to get out of the property without the hassle and the time and energy associated with listing and selling the house.<br>• Relocation assistance might be available. |
| **Additional Documents Required**<br><br>**Send by Fax to**<br>**(407) 737-5693** | **The documents listed below must be sent to us by 09/26/2016:**<br><br>1   Executed Listing Agreement.<br>2   Executed Purchase Contract following completion of the Assisted Short Sale Program.<br>3   The buyer's proof of funds or financing pre-approval letter.<br>4   Preliminary HUD-1 Settlement Statement. | |

*These offers are conditional. We are not able to guarantee final approval until we receive all the documents / information required for our final evaluation of eligibility.

NMLS # 1852                                                         NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

---

### This loan is also conditionally approved for these Loss Mitigation Options
Acceptance of any of these options will not allow retention of the home, but will avoid a foreclosure action.

| | Short Sale | Deed-in-Lieu of Foreclosure (DIL) |
|---|---|---|
| **Additional documents/ Information we will request from 3rd parties prior to final approval** | Please note that final approval is conditioned upon receipt of the following documents/information from 3rd party providers:<br>• Valuation - an independent valuation of the property that verifies that the purchase price is greater than or equal to the fair market value of the property.<br>• Closing Costs - verification that closing costs associated with the transaction are reasonable and customary.<br>• If applicable, approval from the investor or mortgage insurer of the loan to proceed with the transaction. | Please note that final approval is conditioned upon receipt of the following documents/information from 3rd party providers:<br>• Valuation - an independent valuation of the property.<br>• Clear Title - a title search or history demonstrating clear title and in marketable condition.<br>• If applicable, approval from the investor or mortgage insurer of the loan to proceed with the transaction. |
| | After we receive all required documents, we will:<br>• Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.<br>• Complete an independent valuation review. A valuation agent will be in contact to set up an appointment for access to the property. | After we receive all required documents, we will:<br>• Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.<br>• Complete an independent valuation review. A valuation agent will be in contact to set up an appointment for access to the property. |
| **Our Next Steps - After we receive all required documents** | If an offer is present, and after all documents/information have been received, we will issue a decision within 30 calendar days.<br><br>If we send a final approval, within 14 calendar days from the date of receipt, we will need to be provided with a signed written acceptance of the offer.<br><br>If all actions required to accept the Short Sale offer are not performed, the offer will be deemed a rejection. | If we send a final approval, within 14 calendar days from the date of receipt we will need to be provided with a signed written acceptance of the offer.<br><br>If all actions required to accept the Deed-in-Lieu of Foreclosure offer are not performed, the offer will be deemed a rejection. |

**The requested document(s) should be faxed to (407) 737-5693.**

---

NMLS # 1852                                                                  NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

**Tax Consequences of Loss Mitigations Options:**

The acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences and/or affect eligibility for any public assistance benefits. We suggest a consultation with a tax professional to discuss any potential impacts or questions.

We are here to help! alma cruz has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

If you have any questions, please call your Relationship Manager alma cruz toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, or Sunday 9:00 am to 9:00 pm ET.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

Loan Number: 7090991006

## LOSS MITIGATION ACCEPTANCE FORM

## REMEMBER TIME IS OF THE ESSENCE.

Based on the option(s) presented in this notice, the desired option should be checked below and this **Loss Mitigation Acceptance Form** should be signed and returned.

Only one option can be chosen:

☐ **The Loan Modification Trial Period Plan offer is accepted.**

**The Loan Modification Trial Period Plan offer is declined. Instead, the option below is accepted:**

☐ Conditional Short Sale

☐ Conditional Deed-in-Lieu of Foreclosure

☐ **All options in this notice are rejected.**

**IMPORTANT! This form must be SIGNED and RETURNED by 08/26/2016.**

**FAILURE TO RETURN THE SIGNED FORM BY 08/26/2016 MAY BE DEEMED A REJECTION OF THE OFFER.**

| SIGN HERE ➤ | _____ Daniel L Tabb | ____/____/____ Date(MM\|DD\|YY) | SIGN HERE ➤ | _____ | ____/____/____ Date(MM\|DD\|YY) |

Sign and Return by Mail:

| **Regular Mail** |
| --- |
| Ocwen Loan Servicing, LLC |
| Attn: Home Retention Department |
| 1661 Worthington Road, Suite 100 |
| West Palm Beach, Florida 33409 |

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

---

## PAYMENT REMITTANCE INFORMATION

**PLEASE DON'T FORGET TO:**

1. All checks should be made payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.

| **Overnight Mail** |
|---|

**Money Order, Personal Check, or Certified Check**

**Send To:**   Ocwen Loan Servicing, LLC
    Box # 660264
    1010 W. Mockingbird Lane, Suite 100
    Dallas, TX 75247
**Reference:** Ocwen Loan # 7090991006

| **Money Gram** |
|---|

**ABA:** 121000248
**Receiver Code:** 2355
**Payable to:** Ocwen Loan Servicing, LLC
**City:** Orlando
**State:** Florida
**Reference:** Ocwen Loan # 7090991006
**Agent Locator:** (800) 926-9400

| **Wire Transfer** |
|---|

**Bank:** Wells Fargo Bank, NA
    San Francisco, CA
**ABA:** 121000248
**Account Number:** 4124823352
**Account Name:** Ocwen Loan Servicing, LLC
**Reference:** Ocwen Loan # 7090991006, Property Address, and Borrower Name
**Email:** Wire details to Transferfunds@ocwen.com

| **Western Union** |
|---|

**By WUQC:** Western Union Quick Collect
**Code City:** Ocwen
**State:** FL
**Reference:** Ocwen Loan # 7090991006

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## NON-APPROVAL NOTICE

After careful review of the information provided, we were not able to approve this loan for the Loss Mitigation options below:

| Loss Mitigation Option | Non-Approval Reason |
|---|---|
| **Home Affordable Modification Program – Tier 1** | We are unable to offer you a Home Affordable Modification because: Your loan has received the maximum number of modifications permitted under the Home Affordable Modification Program ("HAMP"). You are only allowed to receive one HAMP Tier 1 modification for your primary residence. Please note, not all eligibility factors were evaluated. |
| **Home Affordable Modification Program – Tier 2** | Not Applicable |
| **Shared Appreciation Modification Program** | Not Applicable |

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*

**We are here to help you!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## NON-APPROVAL ASSISTANCE

**Is it possible to appeal in case of a disagreement with the offered loss mitigation option(s) or reason(s) for non-approval?**
In the case of a disagreement with the offered loss mitigation option(s) or reason(s) for non-approval, the right to counter-offer or appeal exists. In order to appeal, a party has 30 days from receipt of this notice to send a written explanation and supporting documentation to substantiate any contrary findings. A copy of this letter should be sent, along with any supporting documents, to:

Ocwen Loan Servicing, LLC
Escalations Department
P.O. Box 785061
Orlando, FL 32878-5061
Email: escalatedcases@ocwen.com

No foreclosure sale will be conducted during this 30-day period. However, please note that if a notice of a foreclosure sale date of the home has been sent , or if notice of a foreclosure sale date of the home was published prior to the submission to us of a completed loan modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If our decision is appealed, the loss mitigation option(s) offered in this notice will remain available pending the outcome of the appeal.

By waiting to accept the loss mitigation option(s) offered in this notice until after receiving our appeal decision, the loan will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on the mortgage loan during the appeal. In that event, the payment amounts and due dates of the initial loss mitigation option(s) may be adjusted.

NMLS # 1852 NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ᵀᴹ

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

We have carefully considered your request.

A consumer report was used in making the modification decision. The consumer reporting agency listed below provided information that in whole or in part influenced the decision. The reporting agency played no part in the decision and is unable to supply specific reasons why your request for a modification was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to the agency listed below.

Any questions regarding such information should be directed to Experian.

Experian
P.O. Box 2002
Allen, TX 75013
(888) 397-3742

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ᵀᴹ

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## HELP IS AVAILABLE

We are here to help! alma cruz has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, the Relationship Manager alma cruz assigned to this loan can be contacted toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

To submit a qualified written request, a notice of error or a request for information, the following address must be used:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

## FOR ADDITIONAL ASSISTANCE

When experiencing a financial hardship, housing counseling may be a way to help manage finances. We urge customers to contact HUD approved agencies to obtain assistance in keeping their home. Help is free! This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Making Home Affordable Program | | www.makinghomeaffordable.gov |
| Fannie Mae Assistance Program | | www.knowyouroptions.com |

---

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt: any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



### Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ℠

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national original, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Tax Consequences of Loss Mitigations Options:** The acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences and/or affect any eligibility for any public assistance benefits. We suggest a consultation with a tax professional to discuss any potential impacts or questions.

NMLS # 1852                                                                                          NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

08/12/2016

Loan Number: 7090991006

Daniel L Tabb
202 E Wayne Way
Middletown, DE 19709-3812

Property Address: 202 E Wayne Way
Middletown, DE 19709-3812

## LOAN MODIFICATION TRIAL PERIOD PLAN OFFER

Dear Customer(s),

Based on a careful review of the information that was provided, we are pleased to inform you that that this loan has been approved for a **Loan Modification Trial Period Plan** ("Trial Period Plan") for a permanent mortgage modification. A Trial Period Plan offers immediate payment relief and provides an opportunity to ensure that a new monthly mortgage payment can be successfully managed.

The details of the enclosed Trial Period Plan should be fully and carefully read as we want to ensure the offer and what is needed to successfully complete the Trial Period Plan is completely understood.

### This loan is approved for a Trial Period Plan with a monthly mortgage payment of $1,826.61.

To successfully complete the Trial Period Plan, you must make all trial payments shown below:

**1st payment:**              $1,826.61              10/01/2016

If the Trial Period Plan is successfully completed when the required payments are timely made and when all additional eligibility requirements are met, the loan will be eligible for an evaluation for a permanent modification.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 14



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## TRIAL PERIOD PLAN REQUIREMENTS

1. The first monthly trial period plan payment of $1,826.61 should be made by 10/01/2016.

2. All trial period plan payments should be made as per the schedule outlined below:

   **1st payment:**          $1,826.61                  10/01/2016

   Please note that we will not delay, postpone or otherwise cease any proper foreclosure efforts while awaiting a response to this Trial Period Plan offer. **If each payment is not received by Ocwen in the month in which it is due, the Trial Period Plan offer will be cancelled and the loan will no longer be eligible for permanent modification evaluation.**

3. Proof of Insurance (Declaration Page) should be provided on or before 10/01/2016.

   ◦ Proof of Insurance can be faxed to (888) 882-1816 or EMAIL to updateinsuranceinfo@ocwen.com

   If we do not receive Proof of Insurance by 10/01/2016, we will obtain a lender-placed insurance for the mortgage, and we will include the cost of this insurance in the mortgage trial period plan payment. Please be aware that the cost of lender-placed insurance may be more expensive than insurance obtained by a customer.

If the Trial Period Plan is successfully completed when the required payments are made on time and when all additional eligibility requirements are met, the loan will be eligible for an evaluation for a permanent modification. The existing loan and loan requirements remain in effect and unchanged during the trial period.

## HELP IS AVAILABLE

We are here to help! alma cruz has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

For any questions, the Relationship Manager alma cruz assigned to this loan can be contacted toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, or Sunday 9:00 am to 9:00 pm ET.

NMLS # 1852                                                                                                                    NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

### NEXT STEPS

- It is important that you thoroughly review the *Frequently Asked Questions* and **Additional Trial Period Plan Information and Legal Notices** enclosed in this letter.

- This Trial Period Plan offer is contingent on your having provided accurate and complete information.

- Once each of the payments above have been successfully made by their due dates, the required signed copies of the modification agreement have been returned, we have signed the modification agreement, and the loan otherwise remains eligible for the modification, the mortgage will be permanently modified in accordance with the terms of the modification agreement.

- **We must receive each payment in the month in which it is due. If a payment is missed or any other terms of the Trial Period Plan are not fulfilled, this offer will end and the mortgage loan will not be modified. Failure to comply with the Trial Period Plan may also impact the ability to obtain another modification.**

- If the Trial Period Plan payments shown above are not affordable, but there is no desire to relocate, or if the decision has been made to leave the home, we can be contacted at (800) 746-2936 to discuss alternatives to foreclosure.

- Please note that except for the monthly mortgage payment amount during the Trial Period Plan, the terms of the existing note and all mortgage requirements remain in effect and unchanged during the Trial Period Plan.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

---

### FREQUENTLY ASKED QUESTIONS

- **Why is there a Trial Period Plan?**
  The Trial Period Plan offers immediate payment relief and gives time to evaluate whether the new monthly mortgage payment is manageable. The Trial Period Plan is temporary, and the existing loan and loan requirements remain in effect and unchanged during the Trial Period Plan.

- **When will it be known if the loan can be modified permanently and how will the modified loan balance be determined?**
  If the loan continues to remain eligible for the permanent modification, once all of the Trial Period Plan payments are made on time and two copies of a signed modification agreement are returned to us, we will sign one copy and send back a fully executed modification agreement detailing the terms of the modified loan. Any difference between the amount of the Trial Period Plan payments and the regular mortgage payments will be added to the balance of the loan along with any other past due amounts as permitted by the loan documents. While this will increase the total amount that owed, it should not significantly change the amount of the modified mortgage payment.

- **What else needs to be known about this offer?**

  - If the new Trial Period Plan payments are timely made, and the loan continues to remain eligible for the permanent modification, we will not conduct a foreclosure sale.
  - The loan will not be charged any fees for this Trial Period Plan or a permanent modification.
  - Upon successful completion of the Trial Period Plan and conversion to permanent mortgage loan modification, there will be the ability to prepay the mortgage loan without restrictions or penalties.
  - Failure to comply with the Trial Period Plan may impact the ability to obtain another modification.

- **How will this affect my credit?**
  We will continue to report the accurate and appropriate status of the loan to credit reporting agencies as well as the entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. AS A RESULT, ENTERING INTO A TRIAL PERIOD PLAN MAY ADVERSELY AFFECT A CREDIT SCORE, PARTICULARLY IF AN LOAN IS CURRENT OR OTHERWISE WHERE THERE IS PREVIOUSLY A GOOD CREDIT SCORE.
  For more information about a credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

---

NMLS # 1852                                                                                    NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## ADDITIONAL TRIAL PERIOD PLAN INFORMATION AND LEGAL NOTICES

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 10/01/2016. It is further agreed that:

**We will not proceed with foreclosure sale during the Trial Period Plan, provided that all the terms of the Trial Period Plan are being complied with:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if there is a failure to comply with the terms of the Trial Period Plan or the loan does not qualify for a permanent modification.
- We will hold the Trial Period Plan payments in a suspense account until sufficient funds are in the account to pay the oldest delinquent monthly payment. It is also agreed that no interest will be paid on the amounts held in the suspense account. If any money is left in this account at the end of the Trial Period Plan and the loan you qualifies for a permanent loan modification, those funds will be deducted from amounts that would otherwise be added to the modified principal balance.
- Our acceptance and posting of a payment during the Trial Period Plan will not be deemed a waiver of the acceleration of the loan and related activities, including the right to resume or continue foreclosure, and shall not constitute a cure of the mortgage default unless such payments are sufficient to completely cure the default.
- While we will take steps to ensure that no foreclosure sale will be conducted during the Trial Period Plan, please note that the Court having jurisdiction or the public official charged with carrying out the foreclosure may fail or refuse to halt the foreclosure sale.

**If the monthly payment did not include escrows for taxes and insurance, it will now be required to do so:**

- It is agreed that any prior waiver that allowed the direct payment of taxes and insurance is revoked. It is agreed an escrow account will be established and required escrows will be paid into that account.

**The current loan documents remain in effect; however, the Trial Period Plan payment may be made instead of the payment required under the loan documents:**

- It is agreed that all terms and provisions of the current mortgage note and mortgage security instrument remain in full force and effect and the loan will remain in compliance with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents. The Trial Period Plan is not a modification of the current mortgage note and mortgage security instrument.
- This Trial Period Plan supersedes any prior written or verbal agreements or understandings relating to the Trial Period Plan or any future modification.
- A permanent modification is dependent on the mortgage remaining in first lien position and/or ensuring the original loan documents remain in full force and effect. For this to occur, we may request assistance in obtaining necessary title endorsements and/or subordination agreements.
- Receipt of this Trial Period Plan does not guarantee that title to the underlying property is clear. Evidence of the clear title will need to be provided for the loan to be considered, and therefore eligible for a permanent modification.

**If the loan is part of an active Bankruptcy case, in order for us to finalize the modification, all of the trial payments must be timely made and appropriate approval from the Bankruptcy Court must be obtained. The approval or consent order is required BEFORE Ocwen can convert the trial plan into a permanent modification.**

---

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

08/12/2016

Loan Number: 7090991006

Daniel L Tabb
202 E Wayne Way
Middletown, DE 19709-3812

Property Address: 202 E Wayne Way
Middletown, DE 19709-3812

**Congratulations! You are eligible for a Loan Modification which will permanently change the terms of your mortgage!**

If the terms of the required Trial Period Plan that was previously sent continue to remain in compliance, we will modify the mortgage.

The enclosed Loan Modification Agreement (the "Loan Modification Agreement") reflects the proposed terms of your modified mortgage loan.

## SUMMARY OF THE MODIFIED LOAN

- The first modified monthly payment will begin on 11/01/2016.
- The modified interest rate is 3.43000% and will be fixed for the remaining term of your loan.
- The modified monthly mortgage payment amount is as follows:

### Modified Monthly Payment

| | |
|---|---|
| Principal and Interest | $1,445.75 |
| Escrow* | $380.86 |
| **Total Modified Monthly Payment** | **$1,826.61** |

*The escrow payment may be adjusted periodically in accordance with applicable law due to changes in property taxes, insurance amounts, or other escrow expenses. Therefore, the total monthly payment may change accordingly. We will provide notice of any adjustments to the total monthly payment.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

### TO ACCEPT THIS OFFER

☑ **Properly sign and return the 2 (two) enclosed copies of the Loan Modification Agreement by 08/26/2016 in the enclosed pre-paid envelope.**

- Both copies of the Loan Modification Agreement must be signed and all pages of both signed copies must be returned to us by 08/26/2016. We suggest that copies of all documents should be kept for record-keeping purposes.

- If the Loan Modification Agreement has notary provisions at the end, the enclosed copies of the Loan Modification Agreement should only be signed in the presence of a notary. Each Loan Modification Agreement must be signed by each Party in the presence of a notary and, if applicable, other witnesses, and the originals must be returned to our office. All of the documents must be executed by all parties included in the Loan Modification Agreement, and the signatures must be exactly as the names are typed.

☑ **All remaining trial period payments (if applicable) should be made on or before the dates they are due.**

- If the trial period payments are made after their due dates or in amounts different from the Trial Period Plan payment amount required, the mortgage may not be modified.

**IMPORTANT!** This modification will not be complete until we receive all the properly executed documents and, if applicable, the remaining required trial payments and clear title. If the executed copies of the Loan Modification Agreement cannot be sent by 08/26/2016 but the intent is still to have this loan modified, please contact us by 08/26/2016. Otherwise, the modification offer will be withdrawn.

This modification offer expires on 08/26/2016.

Please read the **Additional Modification Information** and the **Loan Modification Agreement** in their entirety to ensure that the proposed terms of the modified mortgage loan are fully understood. Please contact us toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, or Sunday 9:00 am to 9:00 pm ET.

---

NMLS # 1852                                                                                                    NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## ADDITIONAL MODIFICATION INFORMATION

**LOAN MODIFICATION AGREEMENT:** The enclosed Loan Modification Agreement should be carefully read to ensure that it is properly understood. Please contact us toll-free at (800) 746-2936 with any questions. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, or Sunday 9:00 am to 9:00 pm ET

**NEW PRINCIPAL BALANCE:** Any past due amounts as of the effective date of the loan modification, including unpaid interest, real estate taxes, insurance premiums, late charges, and certain assessments paid on this loan's behalf to a third party, will be added to the mortgage loan balance. In addition, the mortgage insurance premium may increase as a result of the higher mortgage loan balance.

**INTEREST RATE:** The modified interest rate is 3.43000% and will be fixed for the remaining term of the loan.

**PAYMENT TERMS:** The new monthly principal and interest payment amounts are outlined in the enclosed Loan Modification Agreement. The payment terms will include an escrow payment for taxes and insurance as explained below.

**ESCROW ACCOUNT:** The terms of the Loan Modification Agreement require that an amount sufficient to cover the property taxes, insurance premiums and other required fees is to be paid into an escrow account. Any prior waiver of escrows by the lender or servicer is no longer in effect. We will draw on this account to pay the real estate taxes and insurance premiums as they come due. Please note that the escrow payment amount will adjust if the taxes, insurance premiums and/or assessment amounts change, so the amount of the monthly payment we must place in escrow will also adjust as permitted by law. This means that the monthly payment may change. The initial monthly escrow payment will be $380.86.

**FEES:** All miscellaneous fees and costs may not have been included in the loan modification and will remain outstanding, which may include title and recording costs when applicable.

NMLS # 1852

NHTAPMMODBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*